**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6813**

_____

STEWART RUSSELL BUCHANAN,

                                   Petitioner - Appellant,

        versus

WILLIAM D. CATOE, Director; CHARLES M. CONDON,
Attorney General,

                                   Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   David C. Norton, District Judge.
(CA-00-963-3-18BC)

_____

Submitted:  August 30, 2000        Decided:  September 14, 2000

_____

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Stewart Russell Buchanan, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stewart Russell Buchanan seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) and denying reconsideration. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Further we deny Buchanan's motions to alter the case caption of the instant appeal, and his motion for an advisory opinion. We deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Buchanan v. Catoe, No. CA-00-963-3-18BC (D.S.C. May 5 and 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2